Along-the-Hudson Company v. Charles H. Ayres.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michael Dunn, Jr., an Infant, etc., v. Jacob Ruppert.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry W. St. John and Others v. Elias Reiss.— Motion to extend time to file and serve points granted and time extended to June 3, 1915, and argument of appeal adjourned to that date. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rock Island Butter Company v. James Rowland.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas Shinnick v. Clover Farms Company.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas Shinnick v. Clover Farms Company.— Motion for stay granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Carnegie Trust Company v. Milton S. Kistler, Impleaded, etc.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mason-Seaman Transportation Company v. John Purroy Mitchel, as Mayor, etc., and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Paul M. Abrahams, an Attorney.— See memorandum per curiam. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Pichler v. Fritz Pichler.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York v. John P. Bradley.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Benjamin Gershandoff v. New York Consolidated Railroad Company. — Motion to dismiss appeal from judgment granted, and motion to dismiss appeal from order denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Louisa Fribourg v. Emigrant Industrial Savings Bank.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George E. Fleming v. Jessie B. Bacon.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph T. McCadden v. Mexican National Packing Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.